AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PHYLLIS SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-243

GEMCAP TRUCKING, INC.; PRIME PROPERTY & CASUALTY INSURANCE INC.; HUMBERTO JIMENEZ, Individually; and JOHN DOES 1–3,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 21, 2022, the Consent Motion for Voluntary Remand is granted. Therefore, this case is remanded to the State Court of Bryan County, Georgia. This case stands closed.

Approved by: _____

April 27, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020